NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OSCAR OMAR SAMBRANO,                     )
                                         )
              Appellant,                 )
                                         )
v.                                       )        Case No. 2D17-3494
                                         )
STATE OF FLORIDA,                        )
                                         )
              Appellee.                  )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hardee County; Marcus J. Ezelle,
Judge.

Oscar Omar Sambrano, pro se.


PER CURIAM.


              Affirmed.



LaROSE, C.J., and CASANUEVA and CRENSHAW, JJ., Concur.